**In Re C.H. ROBINSON WORLDWIDE, INC., OVERTIME PAY LITIGATION.**

**No. MDL 1849.**

United States Judicial Panel on Multidistrict Litigation.

July 12, 2007.

---

1. Defendant–Intervenors filed no comments on the remand results.

Before WM. TERRELL HODGES, Chairman, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, Jr.,* KATHRYN H. VRATIL, DAVID R. HANSEN and ANTHONY J. SCIRICA, Judges of the Panel.

## TRANSFER ORDER

WM TERRELL HODGES, Chairman.

Before the Panel is a motion brought, pursuant to 28 U.S.C. § 1407, by plaintiffs in the 100 actions listed on Schedule A and two additional actions for coordinated or consolidated pretrial proceedings of these actions in the Northern District of Illinois or, in the alternative, the District of Minnesota.[1] Lone defendant C.H. Robinson Worldwide, Inc. (CHRW) opposes the motion. After their initial submissions to the Panel, all parties filed a joint pleading with the Panel requesting transfer for the limited purpose of obtaining settlement approval in the Northern District of Illinois or, alternatively, the District of Minnesota.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions involve one or more common questions of fact, and centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions involve similar allegations that certain employees of CHRW are entitled to compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.* Centralization under Section 1407 is necessary in order to conserve the resources of the parties, their counsel and the judiciary, particularly with respect to settlement approval. We decline to circumscribe the breadth of the pretrial proceedings as requested by the parties, instead leaving such matters to the discretion of the transferee judge. Whenever the transferee judge deems remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436–38.

We are persuaded that the District of Minnesota is an appropriate transferee forum for this docket. This is the district in which approximately one-fourth of the actions are now pending. Also, the transferee judge to whom we are assigning this litigation has developed a familiarity with the issues, parties, and counsel involved in these actions through presiding over two related actions for the past five years.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions

---

* Judge Miller took no part in the decision of this matter.

1. Plaintiffs initially included 102 actions in their motion, but later amended the schedule to exclude the 28 Northern District of Illinois actions that were closed and pending transfer under 28 U.S.C. § 1404(a) at that time. Two of these actions remain in that status. Because all parties are represented by common counsel and have filed pleadings stating their positions before the Panel, 100 actions are encompassed by this order. The remaining two actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435–36 (2001).

listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable Joan N. Ericksen for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

## SCHEDULE A

*MDL–1849—In re C.H. Robinson Worldwide, Inc., Overtime Pay Litigation*

### Northern District of Alabama

*Donna Eddy, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 2:06–4926

*Jacqueline Burt, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 2:07–630

*Brenda Mitchell, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 2:07–730

### Eastern District of Arkansas

*Tammy L. Gately, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 4:07–290

### Central District of California

*Mimi Vuong v. C.H. Robinson Worldwide, Inc.,* C.A. No. 2:07–1428

*Nancy Austin, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 8:07–301

*Kent Alles, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 8:07–571

### Eastern District of California

*Gladys Garcia, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:07–157

*Scott D. Hyder, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:07–665

### Northern District of California

*Kimberly Elam, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 4:07–475

### Southern District of California

*Bryce A. Amburn, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 3:07–650

### District of Colorado

*Mari A. Danielson, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:07–602

### Middle District of Florida

*Natesha M. Hyde v. C.H. Robinson Worldwide, Inc.,* C.A. No. 3:07–208

*Tracy L. Buglione, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 3:07–228

### Southern District of Florida

*Celeste A. Hernandez, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 0:07–60504

*Maria Teresa Diaz, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:07–21033

### Northern District of Georgia

*Terri Kuvach, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:07–328

*Lynn A. Amorose, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:07–951

### Central District of Illinois

*Heidi Michelle Poepsel v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:07–1101

### Northern District of Illinois

*Evelyn Sparks, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:06–6461

*Angela L. Jacobson v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:06–6465

*Anne K. Ciaglia, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 1:06–6507

Joann M. McGill, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6510

Craig Bowen, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6516

Lynette DiNova, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6545

Joanna Elke, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6552

Roy Rogenic, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6553

Michael Blackburn v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6563

Sharon K. Dodson–McDonald, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6564

Brendan M. Clarke, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6581

Amber Vandersommen, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6582

Leslie Nemelka, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6623

Ariel B. Crotty, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–6630

Southern District of Indiana

Catherine A. Wilcox v. C.H. Robinson Worldwide, Inc., C.A. No. 3:06–197

Southern District of Iowa

Arlene J. Murray, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 4:07–141

District of Kansas

Kimberly K. Bethel, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 2:07–2129

Lisa M. Quigley, et al v. C.H. Robinson Worldwide, Inc., C.A. No. 6:07–1063

Eastern District of Louisiana

Morgan J. Wood, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 2:07–1269

Western District of Louisiana

Richard Cahn, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 5:07–776

District of Massachusetts

Cheryl D. Braithwaite, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:06–12278

Eastern District of Michigan

Carla M. Strugala v. C.H. Robinson Worldwide, Inc., C.A. No. 5:07–10767

Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 5:07–11604

Western District of Michigan

Susan J. McGowan, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:07–361

District of Minnesota

Jamie L. Benner, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4640

Justin Accola, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4643

Jeffrey Cichosz, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4644

William F. Holmberg, Jr. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4645

Elizabeth Marianne Buck, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4646

Penny M. Cantazaro, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4647

Kathy Cota, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4648

Jill K. East, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4649

Kathleen L. Hambleton, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4650

Elizabeth Hopp v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4651

Joann F. Larson v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4652

Kelley S. Lyons, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4653

Kimberly M. Martineau, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4654

Sandra Steinmetz, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4655

John Gino Giovannoni v. C.H. Robinson Worldwide, Inc., C.A. No. 0:06–4960

Sally J. Dowden, et al., C.H. Robinson Worldwide, Inc., C.A. No. 0:07–89

Amelia M. Alfaro, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–90

Jennifer L. Alfano, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–251

Claudia Alicia Martinez, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–542

Jennifer N. Mcinnis v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–544

Beth Shaw, et al v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–595

Shannon Davis v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–1119

Esther Nevarez, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–1563

Nora Hageman, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–1870

Patricia A. Parrish, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–1912

Shannon D. Anderson, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–2749

Christopher L. Sims, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 0:07–2878

*Eastern District of Missouri*

Heather Lee Markle, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 4:07–428

*Western District of Missouri*

Leslie D. Birdwell, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 6:07–3193

*District of Montana*

Jason S. Galloway v. C.H. Robinson Worldwide, Inc., C.A. No. 9:07–45

*District of Nebraska*

Sharon Haack v. C.H. Robinson Worldwide, Inc., C.A. No. 8:07–130

*District of New Jersey*

Christine M. Doto, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 2:07–1382

*District of New Mexico*

Dirk Keisesr, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:07–392

*District of Nevada*

Debra J. Wentworth v. C.H. Robinson Worldwide, Inc., C.A. No. 3:07–145

 

Northern District of New York

Laura J. Jeneault, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 5:07–656

Western District of New York

Timothy W. Baierlein, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 1:07–182

Western District of North Carolina

LaToya R. McCants, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 3:07–252

Northern District of Ohio

Julie Gallagher, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 5:07–846

Western District of Oklahoma

Timothy J. Bumgarner, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 5:07–278

District of Oregon

Allison M. Cassie, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 3:07–333

Eastern District of Pennsylvania

Richelle Maki, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 2:07–1238

Jennifer L. Walker, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 2:07–1355

Western District of Pennsylvania

Wallace Kip Guenther, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 2:07–495

District of South Carolina

Rodney Brewer, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 3:06–3595

Erika DeRoberts, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 6:07–958

District of South Dakota

Angela K. Smoot v. C.H. Robinson Worldwide, Inc., C.A. No. 4:07–4038

Eastern District of Tennessee

Carolyn Baker Hall, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 3:07–46

Middle District of Tennessee

Kari S. Johnson, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 3:07–454

Western District of Tennessee

Rhea L. Nadler, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 2:07–2228

Eastern District of Texas

Aaron Smith, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 4:07–1

Northern District of Texas

Stephanie Smith, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 3:07–409

Western District of Texas

Adelita Dickson, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 5:07–186

District of Utah

Jason K. Bergquist, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 2:07–262

Eastern District of Virginia

Thea Winterbottom, et al. v. C.H. Robinson Worldwide, Inc., C.A. No. 3:07–390

*Eastern District of Washington*

*Kim M. Flowers, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 2:07–104

*Western District of Washington*

*Wendy L. Ferger, et al. v. C.H. Robinson Worldwide, Inc.,* C.A. No. 2:07–705

*Eastern District of Wisconsin*

*Kelly K. Hoell v. C.H. Robinson Worldwide, Inc.,* C.A. No. 2:07–267